# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>610 HEDDING, LLC.<br><br>    Defendant. | Case No. 18-cv-06420 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 6 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 60 days. All pending deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated: November 13, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge